IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DEVIN-MICHAEL KONETSCO

: Civil No. 1:24-MC-336
:
:
:
:
: (Magistrate Judge Bloom)
:
:

# MEMORANDUM ORDER

This matter was filed as a miscellaneous case filing. It appears that the petitioner, Devin-Michael Konetsco, is seeking information or instructions as a self-described "Executive Co-trustee" of an unidentified trust, relying on the Restatement (Third) of Trusts. (Doc. 1).

Section 71 of the Restatement (Third) of Trusts provides that "[a] trustee or beneficiary may apply to an appropriate court for instructions regarding the administration or distribution of the trust if there is reasonable doubt about the powers or duties of the trusteeship or about the proper interpretation of the trust provisions." *See Estate of Sewell*, 409 A.2d 401, 404 (Pa. 1979) (applying § 71's nearly identical predecessor, § 259 of the Restatement (Second) of Trusts). In Pennsylvania, the appropriate court "for judicial proceedings involving a

trust is in the county of this Commonwealth in which the trust's situs is located and, if the trust is created by will and the estate is not yet closed, in the county in which the decedent's estate is being administered." 20 Pa. Cons. Stat. § 7714(a).

Accordingly, IT IS HEREBY ORDERED THAT this action is DISMISSED WITHOUT PREJUDICE to the petitioner filing the action in the appropriate county court.

So ordered this 24th day of April 2024.

<u>S/ Daryl F. Bloom</u>  
Daryl F. Bloom  
United States Magistrate Judge